344 A.2d 467
COMMONWEALTH of Pennsylvania, Appellee,

v.

Thomas KELLER, Appellant.

Supreme Court of Pennsylvania.

Argued April 9, 1975.

Decided Oct. 3, 1975.

William F. Ochs, Jr., Asst. Public Defender, Reading, for appellant.

Grant E. Wesner, Deputy Dist. Atty., Reading, Robert L. VanHoove, Dist. Atty., Berks County, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER OF THE COURT

PER CURIAM.

Order affirmed.